**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JODI B. MATT**<br>    Plaintiff,<br><br>v.<br><br>**HSBC BANK USA, NATIONAL ASSOCIATION, ON BEHALF OF THE TRUST FUND AND OF THE BENEFIT OF ACE SECURITIES CORP HOME EQUITY LOAN TRUST SERIES 2005-HE4 ASSET PASS THROUGH CERTIFICATES, BANK OF AMERICA HOME LOAN SERVICING F/K/A COUNTRYWIDE HOME LOAN SERVICING, COUNTRYWIDE HOME LOANS SERVICING LP, HSBC BANK USA NATIONAL ASSOCIATION, ACE SECURITIES CORPORATION, WELLS FARGO BANK NATIONAL ASSOCIATION, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST, DB STRUCTURED PRODUCTS INC. COMPANY, COUNTRYWIDE SECURITIES CORPORATION, THE MURRAYHILL COMPANY, NORTHEAST MORETGAGE COMPANY, NEW CENTURY MORTAGE CORPORATION, BRAD A. MORRICE, PATTI M. DODE, DAVID N. KENNEALLY, HARMON LAW OFFICES, P.C., STANTON AND DAVIS, and LAURA M. TOMASELLO, ESQ.,**<br>    Defendants. | **Civil Action No.: 2010-11621** |

**AFFIDAVIT OF LORA STANFORD IN SUPPORT OF THE HSBC DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Lora Stanford, depose and state as follows:

1. My name is Lora Stanford. I am over eighteen (18) years of age and I am a resident of the State of Texas.

2. I am employed by BAC Home Loans Servicing, LP ("BAC") as a Litigation Specialist in BAC's offices located at 5401 N Beach Street, Fort Worth, TX 76137.

3. As a Litigation Specialist, my duties and responsibilities include assisting attorneys representing HSBC Bank USA, National Association, on behalf of the Trust Fund and for the Benefit of Ace Securities Corp. Home Equity Loan Trust Series 2005-HE4 Asset Backed Pass Through Certificates ("**HSBC**"), in foreclosure proceedings and civil litigation regarding mortgage loans. As such, I am authorized to act on behalf of HSBC in this action.

4. In performing my duties and responsibilities as a Litigation Specialist, I regularly review business records, both in paper and electronic form, regarding loans and mortgages serviced by BAC Home Loans Servicing, LP ("**BAC**") on behalf of mortgagees such as HSBC. BAC was formerly known as Countrywide Home Loans Servicing LP ("**Countrywide**"), a Texas Limited Partnership that was an affiliate of Countrywide Home Loans, Inc. I understand that entries in BAC business records and the records themselves were created and maintained in good faith in the regular course of BAC's and Countrywide's businesses, and that it is and was the regular course of those businesses to make the entries at the time of the event recorded, or within a reasonable time thereafter.

5. The statements in the following paragraphs are based upon business records in the files of HSBC and BAC, as well as related documents that I have reviewed.

6. On December 18, 2002, New Century Mortgage Corporation ("**New Century**") appointed Countrywide its servicer, and authorized Countrywide to execute assignments and other documents related to the servicing of its mortgage loans. See Exhibit A.

7. On April 6, 2005, plaintiff Jodi B. Matt ("**Matt**") executed a note and mortgage for a $200,000.00 mortgage loan from Northeast Mortgage Corporation ("**Northeast**"). See Exhibits B and C hereto.

8. On the same day, Northeast assigned the Matt mortgage to New Century. As part of the transaction, Northeast also endorsed the Note in favor of New Century. The mortgage, and the assignment (see Exhibit D hereto), were recorded in the Norfolk County Registry of Deeds. See Note with its endorsements as Exhibit B.

9. On September 6, 2005, HSBC purchased the Matt mortgage loan from New Century as part of pool of mortgages loans it purchased. Documents regarding HSBC's purchase of Matt's mortgage loan include the following:

    a. Selected pages of the June 1, 2005 Pooling and Servicing Agreement for ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset Backed Pass Through Certificates ("**PSA**") filed with the Securities Exchange Commission. See Exhibit E hereto.

    b. HSBC, as trustee, was the purchaser of the loans governed by the PSA. See Exhibit F.

    c. The PSA states in pertinent part: "It is intended that Countrywide will purchase the servicing rights relating to the New Century Mortgage Loans on or about September 1, 2005, and will service such New Century Mortgage Loans in accordance with the terms and conditions of this Agreement." See Section 3.01 ¶1 of the PSA. See Exhibit G.

  d. The first page of a redacted copy of the PSA's Mortgage Loan Schedule is attached hereto as <u>Exhibit H.</u> A copy of the redacted page of the schedule listing the Matt mortgage loan is attached hereto as <u>Exhibit I.</u>

  e. A copy of the Boarding Notification, with redacted schedules, is attached hereto as <u>Exhibit J</u>. As stated in the boarding notification, all the loans listed in the schedule, including the Matt mortgage loan, were <u>purchased</u> by HSBC on September 6, 2005. According to the boarding notification, HSBC purchased 5053 mortgage loans (including Matt's).

  f. A redacted copy of a document entitled "Post-Closing Memo – ACQUISITION," along with the Funding Schedule and Loan Listing, is attached as <u>Exhibit K</u>. This document references the Matt mortgage loan, and states that the purchase proceeds related to the PSA were paid on November 17, 2005.

  g. The Post-Closing is an internal Countrywide e-mail. It does not constitute a contract or agreement. The memo's identification of "ACE HE-2 Securitization" as the "Ultimate Purchaser" is a mistake. The Loan Schedule attached to the Post-Closing Memo identifies the Matt mortgage as part of the ACE 2005-HE4 securitization. The previous records also confirm that the Matt mortgage loan is part of the ACE 2005-HE4 securitization.

 10. As part of New Century's sale of the Matt mortgage loan to HSBC as trustee, New Century endorsed the Matt note in blank. HSBC is the holder of the note and is in possession of the original note. <u>See endorsements on Exhibit B.</u>

 11. On November 6, 2007, a recordable assignment of the Matt mortgage was executed by New Century to HSBC. This assignment was recorded on November 16, 2007, at the Norfolk Registry of Deeds. <u>See Exhibit L hereto.</u>

12. The assignment of the mortgage to HSBC was duly executed by Kimberly Dawson pursuant to a Limited Power of Attorney given by New Century to Countrywide on December 18, 2002,  See Exhibit A.

13.  A copy of Countrywide's October 25, 2007 Designation and Authorization of Kimberly Dawson as an authorized representative of Countrywide to execute documents, including assignments of mortgage, is attached hereto as Exhibit M.

14. HSBC is the current holder by assignment of the Matt mortgage.

Signed under the penalty of perjury this 10th of December 2010.

BAC Home Loans Servicing, LP
/s/ Lora Stanford
By: Lora Stanford
Its: Litigation Specialist

# CERTIFICATE OF SERVICE

I, Nathalie K. Salomon, hereby certify that on December 10, 2010 the above Affidavit was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Nathalie K. Salomon
Nathalie K. Salomon