UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI B. MATT,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, ON BEHALF OF THE TRUST FUND AND FOR THE BENEFIT OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2005-HE4 ASSET PASS THROUGH CERTIFICATES, BANK OF AMERICA HOME LOAN SERVICING F/K/A/ COUNTRYWIDE HOME LOAN SERVICING LP, HSBC BANK USA NATIONAL ASSOCIATION, ACE SECURITIES CORPORATION, WELLS FARGO BANK NATIONAL ASSOCIATION, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST, DB STRUCTURED PRODUCTS INC. COMPANY, COUNTRYWIDE SECURITIES CORPORATION, THE MURRAYHILL COMPANY, NORTHEAST MORTGAGE COMPANY, NEW CENTURY MORTGAGE CORPORATION, BRAD A. MORRICE, PATTI M. DODGE, DAVID N. KENNEALLY, HARMON LAW OFFICES P.C., STANTON AND DAVIS, and LAURA M. TOMASELLO, ESQ.<br><br>    Defendants. | Civil Action No:<br>1:10-CV-11621-PBS |

## MOTION TO DISMISS UNDER FED.R.CIV.P.12

The defendants, Nationwide Title & Escrow Company, Inc. and Laura M. Tomasello, Esq. (hereinafter collectively referred to as "Defendants"), respectfully move, pursuant to

Fed.R.Civ.P.12(b)(6), to dismiss the complaint for failure to state a claim upon which relief can be granted. As grounds for this motion, Defendants state as follows:

1. As grounds for this dismissal, Defendants join in and adopt the reasons and arguments set forth in the HSBC Motion to Dismiss the Complaint Under Fed.R.Civ.P. 12(b)(6) and supporting memorandum.

2. Allowance of this motion is consistent with Fed.R.Civ.P. 1, which encourages "the just, speedy, and inexpensive determination of every action and proceeding."

WHEREFORE, Defendants respectfully request that this motion be allowed, that the complaint be dismissed, and that the Court provide such other relief as the Court deems just and proper.

          NATIONWIDE TITLE & ESCROW
          COMPANY, INC. and
          LAURA M. TOMASELLO, ESQ.,
          By their attorneys,

          /s/ Tracy A. R. Jolly
          John T. Hugo, Esq.  BBO #567262
          Tracy A. R. Jolly, Esq.  BBO #650824
          Cooley Manion Jones LLP
          21 Custom House Street
          Boston, MA 02110-3536
          Phone: 617-737-3100
          Email: tjolly@cmjlaw.com

Dated: January 13, 2011

## Local Rule 7.1 (A)(2) Certificate

The undersigned counsel hereby certifies that prior to the filing of this Motion, counsel for the respective parties conferred and attempted in good faith to resolve or narrow the issues.

## CERTIFICATE OF SERVICE

I, Tracy A. R. Jolly, attorney for Defendants, Nationwide Title & Escrow Company, Inc. and Laura M. Tomasello, Esq., hereby certify that a true copy of the foregoing document was served electronically upon all counsel of record as identified on the Notice of Electronic Filing, and on non-registered parties via First Class mail, postage pre-paid, on January 13, 2011.

/s/ Tracy A. R. Jolly
Tracy A. R. Jolly

421741