# United States District Court
# District of Massachusetts

JODI B. MATT,
    Plaintiff,

v.                                   CIVIL ACTION NO. 2010-11621-PBS

HBSC BANK, USA, et al.,
    Defendants.

*REPORT AND RECOMMENDATION ON CERTAIN DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND TO STAY DISCOVERY AND SUMMARY JUDGMENT DEADLINES (#102) AND DEFENDANTS, NATIONWIDE TITLE & ESCROW COMPANY, INC., AND LAURA M. TOMASELLO'S MOTION FOR <u>JUDGMENT ON THE PLEADINGS (#104)</u>*

COLLINGS, U.S.M.J.

    The defendants Countrywide Securities Corporation, Wells Fargo, N.A., and ACE Securities Corporation, Nationwide Title & Escrow Company, Inc. and

[Handwritten margin note: 10/4/2012 — I adopt the report and recommendation in its entirety. /s/ Patti B. Saris]