# United States District Court
# District of Massachusetts

JODI B. MATT,
    Plaintiff,

v.                       CIVIL ACTION NO. 10-11621-PBS

HSBC BANK, USA., ET AL.,
    Defendants.

## *REPORT AND RECOMMENDATION ON DEFENDANTS, NATIONWIDE TITLE & ESCROW COMPANY, INC. AND LAURA B. TOMASELLO, ESQ.'S MOTION FOR SUMMARY JUDGMENT (#120)*

January 7, 2012

COLLINGS, U.S.M.J.

    Defendant Nationwide Title & Escrow Company, Inc. ("Nationwide") and defendant Laura M. Tomasello, Esq. ("Tomasello") have filed a Motion for Summary Judgment (#120) together with a Local Rule 56.1 Statement of Undisputed Facts, Etc. (#123) ("Local Rule 56.1 Statement"). Although the