# United States District Court
# District of Massachusetts

*[Handwritten margin notes: 9/11/13 after review of the report and recommendation, and the objections, and the opposition to summary judgment, I adopt the recommendation and allow defendants' motion for summary judgment. /PS/]*

JODI B. MATT,
       Plaintiff,

v.                             CIVIL ACTION NO. 10-11621-PBS

HSBC BANK USA, NATIONAL
ASSOCIATION, ON BEHALF OF
THE TRUST FUND AND FOR THE
BENEFIT OF THE ACE SECURITIES
CORP. HOME EQUITY LOAN TRUST
SERIES 2005-HE4 ASSET PASS
THROUGH CERTIFICATES, ET AL.,
       Defendants.

## *REPORT AND RECOMMENDATION ON CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (#115)*

COLLINGS, U.S.M.J.

### *I. Introduction*

The plaintiff Jodi B. Matt ("Matt") has sued HSBC Bank USA, National

Association, on Behalf of the Trust Fund and for the Benefit of ACE Securities