# United States District Court
# District of Massachusetts

*[Handwritten note in left margin: "1/22/15 I adopt the findings of fact and conclusions of law without objection. I order the Clerk to transmit this opinion and recommendation to the Court of Appeals (Case No. 13-2209) together with the exhibit. /s/ Patti B. Saris"]*

JODI B. MATT,
    Plaintiff,

v.                                    CIVIL ACTION NO. 10-11621-PBS

HSBC BANK, USA., ET AL.,
    Defendants.

## *PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND RECOMMENDATION AFTER EVIDENTIARY HEARING*

January 7, 2015

COLLINGS, U.S.M.J.

### Introduction

This case was referred for the convening of an evidentiary hearing and the submissions of proposed findings and conclusions of law pursuant to the Court